VIVIAN MARTORELLI, Appellant, *v.* FRANK J. PRISCO, Respondent.

Submitted June 1, 1954; decided June 4, 1954.

*Martin A. Crean* for motion.

*Santo W. Crupe* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days appellant serves and files an undertaking on appeal and pays $10 costs, in which events motion denied and case set down for argument during the October, 1954, session of the Court of Appeals.